1  BERTRAM FIELDS (SBN 024199)
   BFields@ggfirm.com
2  CHARLES N. SHEPHARD (SBN 078129)
   CShephard@GreenbergGlusker.com
3  JAMES R. MOLEN (SBN 260269)
   JMolen@GreenbergGlusker.com
4  GREENBERG GLUSKER FIELDS
     CLAMAN & MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
6  Telephone:  310.553.3610
   Fax:  310.553.0687
7
   Attorneys for Defendants
8  Dan Goossen and Goossen Tutor Promotions, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WARD,<br><br>      Plaintiff,<br><br>vs.<br><br>DAN GOOSSEN and GOOSSEN TUTOR PROMOTIONS, LLC,<br><br>      Defendants. | Case No.  3:14-cv-03510-TEH<br><br>Assigned To:  Hon. Thelton E. Henderson<br><br>**JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:     November 17, 2014<br>Time:    1:30 p.m.<br>CrtRm:  12<br><br>Complaint filed:  August 4, 2014 |

Defendants Dan Goossen and Goossen Tutor Promotions, LLC ("Defendants"), together with Plaintiff Andre Ward ("Plaintiff"), hereby jointly request the Court to allow Charles N. Shephard or James R. Molen of Greenberg Glusker Fields Claman & Machtinger LLP, counsel for Defendants, and James L. Sanders of Reed Smith LLP, counsel for Plaintiff, to appear by telephone at the hearing before the Honorable Thelton E. Henderson, Judge of the United States Northern District Court of California, for the Initial Case Management Conference, currently scheduled for November 17, 2014, at 1:30 p.m. in Courtroom 12 of the above-entitled Court.

All counsel referenced above are based in Los Angeles, such that it would be more convenient and less costly for them to participate in this conference telephonically.

DATED:  November 7, 2014              GREENBERG GLUSKER FIELDS
                                      CLAMAN & MACHTINGER LLP


                                      By: */s/ Charles N. Shephard*
                                          CHARLES N. SHEPHARD
                                          Attorneys for Defendants Dan Goossen and
                                          Goossen Tutor Promotions, LLC


DATED:  November 7, 2014              REED SMITH LLP


                                      By: */s/ James L. Sanders*
                                          JAMES L. SANDERS
                                          Attorneys for Plaintiff Andre Ward



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
11/12/2014
APPROVED
Judge Thelton E. Henderson

32062-00004/2286906.2                     1                    JOINT REQUEST FOR
                                                              TELEPHONIC APPEARANCE