James L. Sanders (SBN 126291)
Email:   jsanders@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: +1 310 734 5200
Facsimile:  + 1 310 734 5299

Raymond A. Cardozo (SBN 173263)
Email:   rcardozo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:  +1 415 543 8700
Facsimile:  + 1 415 391 8269

James C. McCarroll *(Pro Hac Vice)*
Email:   jmccarroll@reedsmith.com
Jordan W. Siev *(Pro Hac Vice)*
Email:   jsiev@reedsmith.com
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: +1 212 549 0209
Facsimile: +  1 212 521 5450

Attorneys for Plaintiff
Andre Ward

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WARD,<br><br>          Plaintiff,<br><br>     vs.<br><br>DAN GOOSSEN and GOOSSEN TUTOR PROMOTIONS, LLC,<br><br>          Defendants. | No.: 3:14-cv-03510-TEH<br><br>**JOINT STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) DISMISSING ACTION WITH PREJUDICE**<br><br>Hearing Date:  No Date Set<br>Hearing Time:  No Time Set<br>Place:  Courtroom 12<br><br>Hon. Thelton E. Henderson |

– 1 –

JOINT STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) DISMISSING ACTION WITH PREJUDICE

CASE NO. 3:14-CV-03510-TEH

Plaintiff, Andre Ward, defendant Goossen-Tutor Promotions, LLC, and defendant Debbie Goossen as executor of the estate of Dan Goossen, by and through their respective counsel, hereby stipulate and agree as follows:

Whereas the Complaint in this action was filed on August 4, 2014 and the defendants filed an Answer to the Complaint on October 29, 2014,

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to dismiss this action with prejudice with all parties bearing their own respective attorneys' fees and costs.

DATED:  December 31, 2014

REED SMITH LLP

By:  /s/ James L. Sanders
     James L. Sanders (SBN 126291)[1]
     *Attorneys for Plaintiff Andre Ward*

DATED:  December 31, 2014

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By:  /s/ Charles N. Shephard
     Charles N. Shephard (SBN 078129)
     *Attorneys for Defendants Goossen- Tutor Promotions, LLC and Debbie Goossen as executor of the estate of Dan Goossen*

---

[1] Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

– 2 –